May 02, 2008

Mr. Stacy R. Obenhaus
Gardere Wynne Sewell LLP
3000 Thanksgiving Tower
1601 Elm Street
Dallas, TX 75201-4761
Mr. Thomas M. Michel
Griffith, Jay, & Michel LLP
2200 Forest Park Blvd.
Fort Worth, TX 76110

RE: Case Number: 05-0882
 Court of Appeals Number: 02-04-00052-CV
 Trial Court Number: 236-184813-00

Style: PERRY HOMES, A JOINT VENTURE, HOME OWNERS MULTIPLE EQUITY,
 INC., AND WARRANTY UNDERWRITERS INSURANCE COMPANY
 v.
 ROBERT E. CULL, AND S. JANE CULL

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Stephanie |
| |Robinson |
| |Mr. Thomas A. |
| |Wilder |
| |Mr. Gary W. Javore |
| |Mr. M. Scott Norman|
| |Jr. |